## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DORMAN DWAYNE WALKER
_____
    :     CIVIL CASE NO: _3:17-CV-783_
_____   :     (to be supplied by Clerk
    :     of the District Court)
_____   :
(Enter above the full name of   :
plaintiff in this action)   :
  :
v.   :
  :
SALVATION ARMY AND SEVEN   :
  :
UNKNOWN DENDANTS IN THE US.   :
  :
_____   :
  :
_____   :
(Enter above the full name of   :
the defendant(s) in this action)   :
  :

FILED
SCRANTON

MAY 0 3 2017

PER_____ DEPUTY CLERK

## COMPLAINT

1. The plaintiff __DORMAN DWAYNE WALKER_____ a citizen of

the County of __LUZERNE_____ State of

Pennsylvania, residing at ____75 PURITAN LANE_____

wishes to file a complaint under Section 504 of Rehabilitation Act,
        (give Title No. etc.)
29 U.S.C. 794, 28 C.F.R. Section 36

2. The defendant is Salvation Army and Seven Unknown Defendants.

_____

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary)  Plaintiff Walker

3. (CONTINUED)  contacted the Salvation Army Adult Rehabilitation

Center in Wilkes Barre, PA. stating that he would like to apply

to the Adult Rehabilitation Center.   I stated to the the gentle-

man there that I have a Service Dog and was told that no dogs

were allowed.   I, (Plaintiff Walker), reiterated that my Dog

is a Service Dog, but the person I was talking to stated again

that no dogs were allowed into their Adult Rehabilitation

Center Program.   Plaintiff talked to the centers administrator

and was told that the Corporate office will not allow dogs into

the Adult Rehabilitation Center. Mr. Walker,(Plaintiff), re-

quested of this rule but was denied. Mr. Walker (Plaintiff),

                                        **(SEE ATTACHMENT "A"**

4. WHEREFORE, plaintiff prays that This Honorable Court grant Plaintiff

Walker this suit and  Motion in Support for the Salvation

Army , Adult Rehabilitation Center, for discrimination and

in violation of his ADA civil rights per Section 504 of the

Rehabilitation Act , 28 CFR section 36, and 29 U.S.C. 794.

And sum certain of Seven Million for damages both seen and

unseen

_(Signature of Plaintiff)_   4/24/17

## Attachment "A"

sent a registered certified letter to the Corporate office in New York attempting to resolve this issue administratively and again the Salvation Army chose to ignore the correspondence.

**SEE ATTACHMENT- B**

Corporate Office                                    January 10, 2017
Salvation Army
P.O. Box 9134
Bardonia, NY. 10954                      Attachment "B"

Dear Sir;

   The purpose of this correspondence is to make you aware that Americans with
Disability Act lawsuit is pending if there is not a settlement agreed upon by both
Parties. The reason for this is, Dorman Walker was denied access to your adult rehab
services because of his medically assigned service dog.

   There were three employers that told Dorman Walker from the adult rehab services
that he could not have a dog there. This was stated to Dorman Walker by Christopher
Willis, intake counselor at the adult rehab services, Majors Joan and Thomas Pierce head
of the adult rehab services program. Mr. Walker questioned Major Joan Pierce regarding
having his service dog at the adult rehab services program but was told that she had
received notice from the corporate office that the salvation army rule stands, that no dog
is allowed in to the adult rehabilitation service. Dorman Walker requested a copy of this
rule from Major Pierce but was denied. This happened on or about October 5, 2016.

   This formal notice is only to allow the Salvation Army Corporate office the ability to
settle this without further court proceedings. This notice is not meant to annoy, harass, or
intimidate the Salvation Army in any way.

   By sending this formal correspondence it does not in any legal manner relinquish any
rights, both seen and unforeseen, for Dorman Walker.

   You are hereby required to send a response to this correspondence in 15 (fifteen)
business days to the following address:

Mr. Dorman Walker
75 Puritan Lane
Wilkes Barre, PA. 18702

Signed by

Dorman Walker 1/10/17
Dorman Walker
75 Puritan Lane
Wilkes Barre, PA. 18702



- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Salvation Army
Corporate Office
P.O. Box 384
Bardonia, NY 10954

9590 9402 2345 6225 3413 64

2. Article Number (Transfer from service label)
7016 0910 0001 7741 3199

A. Signature
X *Brian Weiss*
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

## DECLARATION OF SERVICE

I, DORMAN DWAYNE WALKER, DO HEREBY STATE UNDER PENALTY OF

PERJURY THAT I HAVE SENT A TRUE AND CORRECT COPY OF THIS SUIT

TO THE FOLLOWING DEFENDANTS: *via certified registered mail*

THE SALVATION ARMY
EASTERN TERRITORIAL HEADQUATERS
440 WEST NYACK ROAD
P.O. BOX C-635
WEST NYACK, NY.  10994

SIGNED *Dorman D. Walker* 4/24/17
       DORMAN DWAYNE WALKER (PLAINTIFF)
       75 PURITAN LANE
       WILKES BARRE, PA.  18702

CERTIFIED MAIL

7016 0910 0001 7692 2364

DORMAN DWAYNE WALKER
75 PURITAN LANE
WILKES BARRE, PA. 18702

U.S. POSTAGE
PAID
WILKES BARRE, PA
17701
MAY 01 17
AMOUNT
$7.50
R2305H127323-44

1000    10994

THE SALVATION ARMY
EASTERN TERRITORIAL HEADQUARTERS
440 WEST NYACK ROAD
P.O. BOX C-635
WEST NYACK, NY. 10994

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:


Salvation Army
Eastern Territorial HQtrs
440 W. Nyack Road
P.O. BOX C635
West Nyack NJ 10994

9590 9402 2344 6225 9765 05

7016 0910 0001 7692 2364

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**DORMAN DWAYNE WALKER**
**75 PURITAN LANE**
**WILKES BARRE, PA. 18702**

RECEIVED
SCRANTON

MAY 0 8 2017

PER_____ DEPUTY CLERK

U.S
235

S