# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DORMAN DWAYNE WALKER, | : | Via Electronic Filing |
| Plaintiff, | : | |
| | : | Civil Action No. 3:17-cv-783 |
| v. | : | |
| SALVATION ARMY AND SEVEN UNKNOWN DEFENDANTS, | : | |
| Defendants. | : | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

AND NOW, comes the Plaintiff, Dorman Dwayne Walker, and Defendant, Salvation Army, by and through its counsel, Marshall Dennehey Warner Coleman & Goggin, and Patricia A. Monahan, and herein stipulate and agree that all of Plaintiff's claims in this case against Salvation Army are dismissed, with prejudice. Plaintiff agreed to this filing in a Release dated February 13, 2018.

                                                        **MARSHALL DENNEHEY**
                                                       **WARNER COLEMAN & GOGGIN**

By: *s/ Dorman Dwayne Walker*        By: *s/ Patricia A. Monahan*
     Dorman Dwayne Walker                   Patricia A. Monahan, Esquire
                                                         PA I.D. #58784
                                                         Union Trust Building
                                                         501 Grant Street, Suite 700
                                                         Pittsburgh, PA  15219
                                                         pamonahan@mdwcg.com
                                                         (412) 803-1151 / (412) 803-1188 Fax
                                                         Counsel for Defendant, Salvation Army